|  | United States Bankruptcy Court  Eastern District of Louisiana | 23-10610  Section A |
|---|---|---|
|  | TRUSTEE'S NOTICE OF INTENTION TO PAY CLAIMS | Chapter 13 |

ALLEN POLIZZI, JR
2012 GIUFFRIAS AVE
METAIRIE LA  70001

Notice is hereby given that the Trustee intends to pay the creditors who have filed claims as listed below. Any party in interest who objects to the payment of any of these claims must file an objection, with service upon the Trustee, the debtor, the debtor's attorney, and the claimant, pursuant to FRBP 3007. Absence of a timely objection will be construed as approval by the debtor of the claims as listed.

|  | Name | Account Number | Type | Claim Amount |
|---|---|---|---|---|
| 0 | ELISABETH D HARRINGTON | NOT PROVIDED | ATTORNEY FEE | 4,445.00 |
| 2 | FREEDOMROAD FINANCIAL | 2449 | UNSECURED | 1,179.85 |
| 3 | VERVENT INC | 9319 | SECURED | 6,120.71 |
| 4 | CAPITAL ONE BANK USA NA | 8487 | UNSECURED | 1,751.11 |
| 5 | CAPITAL ONE BANK USA NA | 6655 | UNSECURED | 1,978.79 |
| 7 | PRA RECEIVABLES MANAGEMENT LLC | 1770 | UNSECURED | 2,578.06 |
| 8 | SHEFFIELD FINANCIAL | 6571 | UNSECURED | 5,177.99 |
| 9 | LOUISIANA DEPARTMENT OF REVENUE | 8845 | PRIORITY | 968.05 |
| 10 | LOUISIANA DEPARTMENT OF REVENUE | 8845 | UNSECURED | 5,353.46 |
| 11 | FREEDOMROAD FINANCIAL | NOT PROVIDED | SECURED | 0.00 |

Attorney for Debtor:

ELISABETH D HARRINGTON
elisabeth@swamplaw.com

/s/  S.J. Beaulieu,Jr.
S.J. Beaulieu, Jr., Chapter 13 Trustee

CERTIFICATE OF SERVICE

I certify that this notice was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

10/20/2023          by:    /s/ Nicole Lane